**THOMAS P. HUGHES**
ATTORNEY AT LAW
23 OXFORD ROAD
NEW HARTFORD, NEW YORK 13413

(315) 223-3043
FAX (315) 735-7924

**FILED**

JUN 02 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

June 2, 2011

Clerk, U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, New York 13501

    Re:    **Stramezzi, James A. & Christine T.**
           **Case No.: 09-61499**

Dear Sir or Madam:

    Pursuant to FRBP 3010 I enclose a check payable to the U.S. Bankruptcy Court in connection with the above referenced Chapter 7 proceeding, together with a Statement of Small Dividends.

                            Very truly yours,

                            Thomas P. Hughes

TPH: le

Enclosures

# 611100285

2011 JUN -2 PM 2:30
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
UTICA

RECEIVED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

STRAMEZZI, JAMES A
STRAMEZZI, CHRISTINE T

Debtors.

Chapter 7

Case No. 09-61499 DD

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 3 | Cardiology Assoc Of Schdy Pc<br>2546 Balltown Road, Suite 300<br>Schenectady, NY 12309 | $78.17 | $2.07 |
| 7 | Women's Cancer Care Associates LLC<br>319 S. Manning Blvd. - Suite 301<br>Albany, NY 12208 | $81.62 | $2.16 |

**TOTAL SMALL DIVIDENDS:**                                                                $     **4.23**

Dated:  June 1, 2011

_____
THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY  13413
(315) 223-3043